RANDY P. ORLIK (State Bar No. 88025)
SUSAN S. DAVIS (State Bar No. 125854)
COX, CASTLE & NICHOLSON LLP
2029 Century Park East, 21st Floor
Los Angeles, CA 90067-3284
Telephone: (310) 284-2200
Facsimile: (310) 284-2100
Email: rorlik@coxcastle.com
sdavis@coxcastle.com

Attorneys for Appellant
TOWNSHIP NINE AVENUE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>CAPITOL STATION 65, LLC<br>Debtor.<br><br>TOWNSHIP NINE AVENUE, LLC<br>Appellant,<br><br>v.<br><br>CAPITOL STATION 65, LLC<br>Appellee. | District Court Case No.<br>2:18-CV-00555-MCE<br><br>Bankruptcy Court Case No.<br>17-23627-B-11<br><br>**ORDER GRANTING AGREEMENT TO DISMISS APPEAL OF DESIGNATION OF BALLOTS ORDER** |

The Court, having considered the Agreement to Dismiss Appeal of Designation of Ballots executed by Appellant and Appellee, and good cause appearing it is hereby ordered that: This Appeal is dismissed with each party bearing its own fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

077965\10331378v1
LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

- 1 -
ORDER GRANTING AGREEMENT TO DISMISS APPEAL OF DESIGNATION OF BALLOTS